| | | | |
|---|---|---|---|
| Com. v. Crosland . . . . . . . . . . . . . . . . . . . . | 3541 EDA 2015<br>Affirmed | 01/12/2017 | CP–51–CR–0132641–1988<br>(Philadelphia) |
| Com. v. Carter . . . . . . . . . . . . . . . . . . . . . . . | 3580 EDA 2015<br>Affirmed | 01/12/2017 | CP–45–CR–0001010–2014<br>(Monroe) |
| Gochin v. Rosetsky [14] . . . . . . . . . . . . . . . . | 3798 EDA 2015<br>Appeal<br>dismissed | 01/12/2017 | 2007–12909<br>(Montgomery) |
| Com. v. Warrick . . . . . . . . . . . . . . . . . . . . . | 6 EDA 2016<br>Affirmed | 01/12/2017 | CP–51–CR–0004005–2011<br>CP–51–CR–0004006–2011<br>(Philadelphia) |
| Com. v. Gray . . . . . . . . . . . . . . . . . . . . . . . | 21 EDA 2016<br>Affirmed | 01/12/2017 | CP–51–CR–0000072–2010<br>(Philadelphia) |
| Com. v. Friedland . . . . . . . . . . . . . . . . . . . . | 133 EDA 2016<br>Affirmed | 01/12/2017 | CP–51–CR–0015361–2010<br>(Philadelphia) |
| Com. v. Slocum . . . . . . . . . . . . . . . . . . . . . . | 180 EDA 2016<br>Affirmed | 01/12/2017 | CP–51–CR–0010405–2009<br>(Philadelphia) |
| Com. v. Norwood . . . . . . . . . . . . . . . . . . . . | 319 EDA 2016<br>Affirmed | 01/12/2017 | CP–51–CR–0016048–2010<br>(Philadelphia) |
| Com. v. Walker . . . . . . . . . . . . . . . . . . . . . . | 696 EDA 2016<br>Affirmed | 01/12/2017 | CP–46–CR–0003325–2015<br>(Montgomery) |
| In the Int. of: N.T.L. . . . . . . . . . . . . . . . . . . | 751 EDA 2016<br>Affirmed | 01/12/2017 | CP–51–AP–0000769–2015<br>CP–51–AP–0000770–2015<br>CP–51–AP–0000771–2015<br>CP–51–AP–0000772–2015<br>CP–51–DP–0000323–2014<br>CP–51–DP–0001341–2014<br>CP–51–DP–0001342–2014<br>CP–51–DP–0001343–2014<br>(Philadelphia) |
| Com. v. Elliott . . . . . . . . . . . . . . . . . . . . . . . | 889 EDA 2016<br>Affirmed | 01/12/2017 | CP–46–CR–0005048–2013<br>(Montgomery) |
| In the Interest of: D.T.M. . . . . . . . . . . . . . . | 1303 EDA 2016<br>Affirmed | 01/12/2017 | CP–51–DP–0000333–2010<br>(Philadelphia) |

14. Petition for reargument denied March 15, 2017.